**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KIPKANO OBEY, SHINDA OBEY,** | § | |
| **TAMMU OBEY AND KIMKENA** | § | |
| **JORDAN AKA KIMKENA OBEY** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No.4:22-cv-04000** |
| | § | |
| **SN SERVICING CORPORATION AND** | § | |
| **WILMINGTON SAVINGS FUND** | § | |
| **SOCIETY, FSB** | § | |
| *Defendant.* | § | |

## CERTIFICATE OF PRINCIPAL PLACE OF BUSINESS FOR DEFENDANT SN SERVICING CORPORATION AND WILMINGTON SAVINGS FUND SOCIETY, FSB

Pursuant to the Order issued by this honorable Court on May 3, 2023, Defendants SN Servicing Corporation ("SN Servicing") and Wilmington Savings Fund Society, FSB ("Wilmington") provides the following information:

Defendant SN Servicing is an Alaska corporation with its principal place of business at 323 5th Street, Eureka, CA 95301.

Defendant Wilmington is a Delaware corporation with its principal place of business at 500 Delaware Ave., Wilmington, DE 19801.

Respectfully submitted,

**CODILIS & MOODY, P.C.**

*/s/ Danya F. Gladney*
Danya F. Gladney SBOT 24059786
Nicole M. Bartee SBOT 24001674
Kelly M. Doherty SBOT 24118059
400 N. Sam Houston Parkway East, Suite 900-A
Houston, Texas 77060
Telephone: (281) 925-5200
Email: danya.gladney@tx.cslegal.com
**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***Via E-Service***

Ray L. Shackleford
1406 Southmore Blvd
Houston, Texas 77004
Attorney for Plaintiff
rschackctic@yahoo.com

*/s/ Danya F. Gladney*
Danya F. Gladney